1   ROBERT V. MC KENDRICK (SBN. 169138)
2   **LAW OFFICES OF**
    **HEMAR, ROUSSO & HEALD, LLP.**
3   15910 Ventura Boulevard, 12th Floor
    Encino, California 91436
4   (818) 501-3800 telephone
    (818) 501-2985 facsimile

    JS - 6

5   Refer to File Number: 20160462-RVM

6   Attorneys for Plaintiff

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10  XEROX CORPORATION, a corporation,    )   CASE NO.  5:16-cv-02545-MWF (KKx)
                                         )
11                  Plaintiff,           )   **ORDER ON DISMISSAL OF ENTIRE**
                                         )   **ACTION WITHOUT PREJUDICE**
12  vs.                                  )
                                         )
13  THE HOUSE OF PORTRAITS, INC., a      )   **Judge Michael W. Fitzgerald**
    California corporation,              )
14                                       )
                    Defendants.          )
15  _____ )

16          Upon reading the Stipulation for Dismissal of Entire Action,

17          IT IS SO ORDERED that the above-referenced lawsuit is dismissed, without prejudice, with

18  the Court retaining jurisdiction to enforce the settlement agreement.

19  **IT IS SO ORDERED.**

20

21  DATED:  March 21, 2017

                                         _____
22                                       Michael W. Fitzgerald
                                         United States District Judge
23

24

25

26

27

28

                                        1
                              ORDER ON DISMISSAL