UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XEROX CORPORATION, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THE HOUSE OF PORTRAITS, INC., a California corporation, <br><br> Defendant. | CASE NO. 5:16-cv-02545-MWF (KKx) <br><br> **JUDGMENT PURSUANT TO WRITTEN STIPULATION** |

Upon review of Plaintiff's Declaration for Judgment Pursuant to Written Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff XEROX CORPORATION, a corporation, have Judgment entered against Defendant THE HOUSE OF PORTRAITS, INC., a California corporation in the sum of $116,395.11, less payments of $21,500.00, plus interest at the rate of 18% per annum from November 17, 2019 to February 15, 2020 in the sum of $4,091.87 for a total judgment of $98,986.98.

DATED: March 5, 2020

MICHAEL W. FITZGERALD
United States District Judge